AO 91 (Rev. 11/11)  Criminal Complaint

| AUSA: | Mark Bilkovic | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Rachel Shepard | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Amir Roshard Collins

Case No.  Case: 2:25−mj−30774
Assigned To : Unassigned
Assign. Date : 12/29/2025
Description: CMP USA V. SEALED (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 4, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a Firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Rachel Shepard, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: December 29, 2025

_Judge's signature_

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Rachel M. Shepard, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I submit this affidavit in support of a criminal complaint and arrest warrant for Amir Roshard COLLINS ("COLLINS") for violating 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

2. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since January 2016, and an employee of the FBI for over 15 years. I am assigned to the FBI Violent Crime Task Force (VCTF) located in Detroit, Michigan.

3. As a Special Agent, I have participated in numerous federal investigations involving firearms, violent crime, and drug trafficking, including investigations related to felon in possession of a firearm under 18 U.S.C. § 922(g)(1). As a FBI Special Agent, I am authorized to investigate violations of law of the United States and to execute warrants issued under the authority of the United States.

4. Prior to becoming a Special Agent, I worked for the FBI as a Staff Operations Specialist for six years, providing case support for drug, gang, and violent crime investigations.

1

5. The information contained in this affidavit is based on my personal knowledge and observations during this investigation, law enforcement reports that I have reviewed, communications with others who have personal knowledge of the events and circumstances described in this affidavit, and information gained through my training and experience.

6. I submit this affidavit for the limited purpose of establishing probable that COLLINS violated 18 U.S.C. § 922(g)(1). Therefore, the affidavit does not include all information known to law enforcement related to this investigation.

## INVESTIGATION AND PROBABLE CAUSE

### July 4, 2023, Felonious Assault

7. On July 4, 2023, officers of the Detroit Police Department responded to a call for a felonious assault in progress at 19375 Pelkey, Detroit, MI. The victim stated that he and the suspect, known only to him as "Amir," had gotten into an argument. The suspect then pulled out two handguns and pointed them at the victim. The suspect continued to argue with the victim until officers arrived.

8. When officers arrived, they observed a gold Chevrolet Tahoe flee the scene. Officers followed the Tahoe and observed it stop in front of 19589 Alcoy, Detroit, MI. At that point, officers observed the driver of the Tahoe run from the driver's side of the Tahoe while possessing a black bag/backpack.

9. At the time of the incident, the Tahoe was registered to COLLINS at an address in Harrison Township Michigan.

10. Officers also observed a juvenile female (hereinafter "juvenile") run from the Tahoe in the same direction as the driver. Officers stopped the juvenile in the backyard of 19589 Alcoy. After being stopped by officers, the juvenile identified herself as COLLINS's daughter and stated that she ran from the Tahoe trying to follow her father, who she identified as Amir COLLINS.

11. While speaking with officers, the juvenile also stated that her sister was still in the Tahoe. Officers then observed a young child in a car seat in the rear passenger area of the Tahoe. The child appeared to be approximately two years old.

12. After COLLINS ran from the Tahoe abandoning his two daughters, Officers attempted to locate him but were unsuccessful.

13. While following the path COLLINS took after he ran from the Tahoe, officers located and recovered a black bag/backpack ("backpack") lying on the floor of the open garage near 19589 Alcoy. The backpack contained two loaded handguns, a Glock 19 ("Firearm 1") and a Ruger SR40 ("Firearm 2").

14. The serial number of Firearm 1 is BLWX032. Per LEIN, Firearm 1 was reported stolen on December 6, 2020, to the West Bloomfield Police Department.

3

15. The serial number of Firearm 2 is 342-98034. Per LEIN, Firearm 2 was reported stolen on September 3, 2017, to the Detroit Police Department.

16. Officers also took possession of a cell phone that they observed on the ground near the driver's door of the Tahoe.

17. Pursuant to a federal search warrant issued in the Eastern District of Michigan, the cell phone was searched for the purpose of user attribution. Agents were able to obtain the device number for the cell phone. A search of open-source databases revealed this phone number as previously subscribed to "Amar Collins."

18. A review of open-source databases also revealed a PayPal account linked to the device number for the cell phone. The full name associated with the PayPal account was "Amir Collins."

19. A review of media on the cell phone revealed images of an older model gold Chevrolet Tahoe appearing to be the same vehicle driven from the scene of the felonious assault on July 4, 2023. The cell phone review also contained multiple images appearing to be COLLINS in the Device Wallpapers.

### June 2, 2022, "Shots Fired"

20. On June 2, 2022, officers of the Detroit Police Department responded to a residence on Griener Street, for a "shots fired" call. One of the victims at the residence was interviewed and stated that "Amir Collins" had fired shots at the

4

victim and the victim's family. The victim stated that he/she was on the front porch with his/her family when he/she heard gunshots.

21. The victim then saw COLLINS in a vehicle wearing a black ski mask armed with a pistol. Other witnesses who were interviewed also identified "Amir Collins" as the shooter but stated that COLLINS was firing shots in the air and not at the residence.

22. While at the residence, officers recovered two 9mm fired cartridge cases.

23. The two 9mm fired cartridge cases that were recovered were entered into the National Integrated Ballistic Information Network (NIBIN), which correlated them to Firearm 1 that officers found in the backpack that COLLINS dropped after he ran from the Tahoe on July 4, 2023.

### Amir Collins – Criminal History

24. A review of COLLINS's criminal history reveals that he has a felony conviction for conspiracy to possess with intent to distribute a controlled substance. On January 22, 2013, COLLINS pleaded guilty in the United States District Court for the Eastern District of Michigan to conspiracy to possess with intent to distribute and distribute a controlled substance, and was sentenced on May 22, 2013, to 48 months imprisonment followed by 36 months of supervised release. (*Case No. 12-cr-20407*).

### Firearms – Interstate Nexus

25. On June 9, 2025, Interstate Nexus Expert, Alcohol, Tobacco and Firearms (ATF) Special Agent Michael Jacobs was provided with a description of Firearm 1

and Firearm 2 that were recovered from the backpack. Based on SA Jacobs' training and experience with the interstate nexus of firearms and SA Jacobs' examination of the firearms' characteristics (or serial number), SA Jacobs concluded Firearm 1 and Firearm 2 were not manufactured in the State of Michigan. Therefore, probable cause exists that Firearm 1 and Firearm 2 traveled in interstate or foreign commerce.

## CONCLUSION

26. Based on the above information, there is probable cause to believe that on or about July 4, 2023, in the Eastern District of Michigan, Amir Roshard COLLINS, knowing that he had previously been convicted of a felony, knowingly possessed a firearm – specifically a Glock 19 handgun and a Ruger SR40 handgun, in and affecting interstate or foreign commerce, in violation of 18 U.S.C. §922(g)(1).

Respectfully submitted,

_____
Rachel M. Shepard, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable Kimberly G. Altman
United States Magistrate Judge

Date:   December 29, 2025

6